IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Louie Medina, on behalf of himself and all those similarly situated,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Gilbert Mega Furniture, LLC, et al.,<br><br>　　　　　　Defendants. | No.  CV-16-04033-PHX-SPL<br><br>**ORDER** |

　　　　Before the Court are Opt-In Plaintiffs Michael Innes and Larry Berisford's Motion for Certification of Final Judgment and Plaintiff Louie Medina's Notice of Settlement (Doc. 51), as well as Plaintiff Michael Innes and Larry Berisford's Notice of Filing Motion for Reasonable Attorneys' Fees and Costs (Doc. 52).

　　　　The Court has been advised that Louie Medina and the Defendants have reached a settlement in this case.  Plaintiffs Michael Innes and Larry Berisford assert that because *all* claims by *all* defendants have been settled, there is no just reason to delay entering judgment.  A notice of settlement, however, is not a final adjudication of the claims. Because the outstanding claims still remain, the motion for attorneys' fees is premature. Accordingly,

　　　　**IT IS ORDERED** that this case will be dismissed *with prejudice* on **July 13, 2018** unless a stipulation to dismiss is filed prior to the dismissal date.

　　　　**IT IS FURTHER ORDERED** that Plaintiff Michael Innes and Larry Berisford's

request for certification of final judgment is **denied**.

      **IT IS FURTHER ORDERED** that Plaintiff Michael Innes and Larry Berisford's motion for attorneys' fees (Doc. 52) is **denied without prejudice**.  Plaintiffs may re-file the Motion for Reasonable Attorneys' Fees and Costs upon the entry of final judgment in this case.

      Dated this 15th day of June, 2018.

Honorable Steven P. Logan
United States District Judge

2