IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Louie Medina,<br><br>    Plaintiff,<br><br>vs.<br><br>Gilbert Mega Furniture, LLC, et al.,<br><br>    Defendants. | No. CV-16-04033-PHX-SPL<br><br>**ORDER** |

No request to reset this matter on the Court's calendar or a stipulation to dismiss having been filed, in accordance with the Court's June 15, 2018 Order (Doc. 53),

**IT IS ORDERED** that this action is **dismissed with prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **terminate** this action.

Dated this 18th day of July, 2018.

                        _____
                        Honorable Steven P. Logan
                        United States District Judge