*Law Offices of*
***BONNETT, FAIRBOURN,***
***FRIEDMAN & BALINT, P.C.***
*2325 E. Camelback Road, Suite 300*
*Phoenix, Arizona 85016*
*Telephone: (602) 274-1100*
*Ty D. Frankel (AZ Bar No. 027179)*
*tfrankel@bffb.com*

*Law Offices of*
***BONNETT, FAIRBOURN,***
***FRIEDMAN & BALINT, P.C.***
*600 W. Broadway, Suite 900*
*San Diego, California 92101*
*Telephone: (619) 756-7748*
*Patricia N. Syverson (AZ Bar No. 020191)*
*psyverson@bffb.com*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Louie Medina, on behalf of himself and all those similarly situated,<br><br>Plaintiff,<br>v.<br><br>Gilbert Mega Furniture, LLC, *et al.*,<br><br>Defendants. | Case No. 2:16-cv-04033-SPL<br><br>**NOTICE OF RE-FILING MOTION FOR REASONABLE ATTORNEYS' FEES AND COSTS** |

Pursuant to this Court's Order (Doc. 58), Plaintiffs Michael Innes and Larry Berisford's re-file their Motion for Reasonable Attorneys' Fees and Costs. They now lodge the Motion for the Court, along with the corresponding exhibits, as Exhibit A to this Notice. The parties have already fully briefed the Motion for Reasonable Attorneys' Fees and Costs (previously filed under seal), with the Response at Doc. 45 and Reply at Doc. 46. While counsel for Plaintiffs Innes and Berisford believe they are entitled to fees and costs

in addition to what is requested in the Motion lodged contemporaneously with this Notice, they are only seeking the amount in the Motion that has been fully briefed by the parties to efficiently and expeditiously resolve this matter.

DATED: October 23, 2018.

>BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
>
> /s Ty D. Frankel
>Ty D. Frankel
>2325 E. Camelback Road, Suite 300
>Phoenix, Arizona 85016
>Telephone: (602) 274-1100
>Facsimile: (602) 798-5860
>
>BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
>Patricia N. Syverson
>600 W. Broadway, Suite 900
>San Diego, California 92101
>Telephone: (619) 798-4593
>
>Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I, Karen Vanderbilt, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing.

> /s/ Karen Vanderbilt