**WILENCHIK & BARTNESS**
— A PROFESSIONAL CORPORATION —

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona 85004

Telephone: 602-606-2810    Facsimile: 602-606-2811

John D. Wilenchik, #029353
Lawrence J. Felder, #019763
admin@wb-law.com

Gregory A. Robinson, #003100
6040 North 7th Street, Suite 300
Phoenix, Arizona 85014
Telephone: 602.265.6666
Fax: 602-264-5116
us@lawfrl.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Louie Medina, on behalf of himself and all those similarly situated, | Case No. 2:16-CV-04033-SPL |
| Plaintiff, | **DEFENDANTS'** |
| v. | **NOTICE OF FILING REGARDING PLAINTIFFS' RE-FILING OF APPLICATION FOR AWARD OF FEES AND COSTS** |
| Gilbert Mega Furniture, LLC, *et al.*, | |
| Defendants. | |

Defendants Gilbert Mega Furniture, LLC; Ahwatukee Mega Furniture, LLC; Mega Furniture & Accessories, LLC; Mega Furniture Avondale, LLC; Mega Furniture Bell, LLC; Mega Furniture Scottsdale, LLC; Phoenix Mega Furniture, LLC; Saleem Kanjiyani; Karim and Jane Doe Kanjiyani; and Yasmin Daredia ("Defendants") hereby make notice of filing, as Exhibit A hereto, of a copy of their previous Response and Motion for

Sanctions re Plaintiffs' Application for an Award of Fees and Costs, dated December 5, 2017, Docket No. 45. This is filed in response to Plaintiffs' filing of their Notice, dated October 23, 2018, Docket 59.

**RESPECTFULLY SUBMITTED** this November 12, 2018.

**WILENCHIK & BARTNESS, P.C.**

*s/ John D. Wilenchik*
John D. Wilenchik, Esq.
Lawrence J. Felder, Esq.
The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
admin@wb-law.com

Gregory A. Robinson, #003100
Farley, Robinson & Larsen
6040 North 7th Street, Suite 300
Phoenix, Arizona 85014
us@lawfrl.com
*Attorneys for Mega Furniture Defendants*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2018, I electronically transmitted the foregoing Notice to the Clerk of the Court through the CM/ECF system, which will send a Notice of Electronic Filing to all CM/ECF registrants for this matter.

/s/ Hilary Myers